

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE DANIEL VALDEZ,<br><br>　　　　Defendant. | Case No.  CR 19-0023-GW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On January 24, 2025, Defendant Jose Daniel Valdez made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on June 20, 2023. Deputy Federal Public Defender James Threatt was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Thi Ho. Defendant submitted on recommendation of detention in the report prepared by Pretrial Services.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that Defendant failed to report a change in his residence, failed to report for drug testing as instructed, failed to report for his employment and his whereabouts are unknown.

☒ poor history of compliance while on supervised release.

☒ While on supervised release, Defendant was arrested for, and subsequently convicted of, felon in possession of a firearm and sentenced to a term of 32 months imprisonment. Defendant is currently on Supervision in San Bernadino County.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above);

☒ criminal history.

2

### III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: January 24, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE